Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo (SBN 112023)
drusso@sc-law.us
**STERLING & CLACK**
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for Plaintiff
AMERICAN HOME ASSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHAD WARE., *et al.*,<br><br>            Defendants. | Case No.: SACV10-1293-JST (RZx)<br><br>Honorable Josephine Staton Tucker<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action be and is hereby dismissed in its entirety with prejudice, each party to bear its own costs and attorney's fees.

Dated: November 22, 2011            　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE